**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HYACINTH RISMAY,

        Plaintiff,

v.                                          Case No:   6:20-cv-1357-GAP-EJK

ALTERATIONS BY LUCY AND
CRISP & CLEAN DRY CLEANING
AND MORE, LLC and
DANIEL PAULO

        Defendants.

## ORDER

This cause comes before the Court on Plaintiff's Second Amended Motion for Default Judgment (Doc. 28) filed October 22, 2021.

On January 21, 2022, the United States Magistrate Judge issued a report (Doc. 29) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED**.

3. The Clerk is directed to enter final default judgment as to Counts I and II of the Complaint in favor of Plaintiff and against Defendants Alterations by Lucy and Crisp & Clean Dry Cleaning and More, LLC, and Daniel Paulo, jointly and severally, in the amount of $14,820.00, for which sum let execution issue.

4. The Court will consider Plaintiff's Motion for an Order Awarding Attorney's Fees and Costs (Doc. 30) at the appropriate time.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 7, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party