# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HYACINTH RISMAY,

        Plaintiff,

v.                                                    Case No:   6:20-cv-1357-GAP-EJK

ALTERATIONS BY LUCY AND
CRISP & CLEAN DRY CLEANING
AND MORE, LLC and
DANIEL PAULO,

        Defendants.

---

## ORDER

This cause comes before the Court on Plaintiff's Motion for Attorney Fees (Doc. 30) filed February 3, 2022.

On February 18, 2022, the United States Magistrate Judge issued a report (Doc. 33) recommending that the motion be granted in part.   No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1.   The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.   Plaintiff's Motion for Attorney Fees (Doc. 30) is **GRANTED IN PART**.   Plaintiff is awarded $1,424.00 in attorney fees and $480.00 in costs against Defendants.

3.   The Clerk is directed to enter a fees and costs judgment for Plaintiff and against Defendants in the amount of $1,904.00.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 7, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party